DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| 184P13 | The North Carolina State Bar v. Robert J. Burford, Attorney | 1. Def's *Pro Se* and Attorney NOA Based Upon a Constitutional Question (COA12-909) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's *Pro Se* and Attorney PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's *Pro Se* Motion to Amend NOA and PDR | 3. Denied **Martin, J. and Beasley, J., Recused** |
| 185P13 | State v. Nathaniel Lamar Avery | Def's PDR Under N.C.G.S. § 7A-31 (COA12-695) | Denied |
| 186P13 | State v. Tyrone Lamonte Scriven | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1188) | Denied |
| 187P13 | State v. Jonas Thompson | 1. Def's *Pro Se* Motion for NOA (COAP12-323) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's *Pro Se* PWC to Review Order of COA | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 190P13 | State v. Michael Ray King | Def's *Pro Se* Motion for Notice of Motion to Appeal (COAP13-238) | Dismissed |
| 191P13 | Marion L. Sherrod v. North Carolina Department of Correction | 1. Plt's *Pro Se* Motion for NOA (COA13-75) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Plt's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Plt's *Pro Se* Motion to File an Amended Complaint | 3. Dismissed |
| | | 4. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis* | 4. Allowed |
| 194P13-2 | N.C. Dept. of Correction v. Jonas Allen Strickland | 1. Def's *Pro Se* Motion for Interrogatories | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for NOA | 2. Dismissed |